# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATES OF OHIO; WEST VIRGINIA; ALABAMA; ALASKA; ARKANSAS; COLORADO; INDIANA; MISSOURI; MONTANA; TEXAS; UTAH; and WYOMING; COMMONWEALTH OF KENTUCKY; KENTUCKY ENERGY AND ENVIRONMENT CABINET, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official capacity as Secretary, United States Department of the Interior; OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT; and JOSEPH PIZARCHIK, in his official capacity as Director, Office of Surface Mining Reclamation and Enforcement <br><br> *Defendants*. | Civil Action No. 1:17-cv-108 |

## NOTICE OF VOLUNTARY DISMISSAL

The challenged regulation that is the subject of these proceedings has been rescinded by action of Congress and the President. Plaintiffs therefore voluntarily dismiss this lawsuit without prejudice pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted,

*/s/ Elbert Lin*
PATRICK MORRISEY
  *Attorney General of West Virginia*
Elbert Lin
  *Solicitor General*
Erica N. Peterson
  *Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL
State Capitol
Building 1, Rm 26-E
Charleston, WV  25305
(304) 558-2021
Elbert.Lin@wvago.gov
  *Counsel for State of West Virginia*

*/s/ Robert D. Tambling*
LUTHER STRANGE
  *Attorney General of Alabama*
Robert D. Tambling
  *Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue,
Montgomery, AL  36130
(334) 242-7445
rtambling@ago.state.al.us
  *Counsel for State of Alabama*

*/s/ Lee Rudofsky*
LESLIE RUTLEDGE
  *Attorney General of Arkansas*
Lee Rudofsky
  *Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR  72201
(501) 682-2007
lee.rudofsky@arkansasag.gov
  *Counsel for State of Arkansas*

*/s/ Eric E. Murphy*
MICHAEL DEWINE
  *Attorney General of Ohio*
Eric E. Murphy
  *State Solicitor*
Brett A. Kravitz
  *Senior Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL
30 East Broad Street, 17th Floor
Columbus, OH  43215
(614) 466-8980
eric.murphy@ohioattorneygeneral.gov
  *Counsel for State of Ohio*

*/s/ Ashley C. Brown*
JAHNA LINDEMUTH
  *Attorney General of Alaska*
Ashley C. Brown
  *Assistant Attorney General*
Alaska Department of Law
OFFICE OF THE ATTORNEY GENERAL
1031 West 4th Avenue, Suite 200
Anchorage, AK  99501
(907) 269-5232
ashley.brown@alaska.gov
  *Counsel for State of Alaska*

*/s/Glenn E. Roper*
CYNTHIA H. COFFMAN
  *Attorney General of Colorado*
Glenn E. Roper
  *Deputy Solicitor General*
Colorado Department of Law
1300 Broadway
10th Floor
Denver, CO  80203
(720) 508-6562
glenn.roper@coag.gov
  *Counsel for State of Colorado*

/s/ Thomas M. Fisher
CURTIS T. HILL, JR.
  *Attorney General of Indiana*
Thomas M. Fisher
  *Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF INDIANA
302 West Washington Street
Indiana Government Center South, Fifth Floor
Indianapolis, IN  46204
(317) 232-6255
tom.fisher@atg.in.gov
  *Counsel for State of Indiana*

/s/ Jeffrey J. Harmon
JEFFREY J. HARMON
  *Deputy General Counsel*
J. Michael West
  *Assistant General Counsel*
KENTUCKY ENERGY AND ENVIRONMENT CABINET
OFFICE OF GENERAL COUNSEL
300 Sower Blvd., 3rd Floor
Frankfort, KY  40601
(502) 782-6966
JeffJ.Harmon@ky.gov
  *Counsel for Kentucky Energy and*
  *Environment Cabinet*

/s/ Tommy H. Butler
TIMOTHY C. FOX
  *Attorney General of Montana*
Alan L. Joscelyn
  *Chief Deputy Attorney General*
Tommy H. Butler
  *Deputy Attorney General*
MONTANA DEPT. OF JUSTICE
215 North Sanders
Post Office Box 201401
Helena, MT  59620-1401
(406) 444-0662
timothyfox@mt.gov
alanjoscelyn@mt.gov
tommybutler@mt.gov
  *Counsel for State of Montana*

/s/ Joseph A. Newberg, II
Andy Beshear
  *Attorney General of Kentucky*
Joseph A. Newberg, II
  *Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL
700 Capitol Avenue, Suite 118
Frankfort, KY  40601
(502) 696-5650
Joe.newberg@ky.gov
  *Counsel for Commonwealth of*
  *Kentucky*

/s/ D. John Sauer
JOSHUA D. HAWLEY
  *Attorney General of Missouri*
D. John Sauer
  *State Solicitor*
MISSOURI ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO  65102
(573) 751-3321
John.Sauer@ago.mo.gov
  *Counsel for State of Missouri*

/s/ David Austin R. Nimocks
KEN PAXTON
  *Attorney General of Texas*
David Austin R. Nimocks
*Associate Deputy Attorney General*
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 009)
Austin, TX  78711-2548
(512) 936-1414
Austin.Nimocks@oag.texas.gov
  *Counsel for State of Texas*

<div style="display: flex;">

*/s/ Tyler R. Green*
SEAN D. REYES
  *Utah Attorney General*
Tyler R. Green
  *Utah Solicitor General*
Parker Douglas
  *Chief Federal Deputy*
350 North State Street, #230
P.O. Box 142320
Salt Lake City, UT  84114-2320
(801) 538-9600
tylergreen@utah.gov
  *Counsel for State of Utah*

*/s/ Erik Petersen*
PETER K. MICHAEL
  *Attorney General of Wyoming*
Erik Petersen
  *Senior Assistant Attorney General*
WYOMING ATTORNEY GENERAL'S OFFICE
2320 Capitol Ave.
Cheyenne, WY  82002
(307) 777-6946
erik.petersen@wyo.gov
  *Counsel for State of Wyoming*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2017, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

<div style="text-align: right;">

*/s/ Eric E. Murphy*

</div>